## DECLARATION OF FRANCES HOOD

**Frances Hood, declare:**

1. I reside at 6902 Stewart Road, Ochlocknee, Georgia.

2. I am a customer of the Town water system.

3. My water was disconnected in October 2025 without written notice.

4. My water was again disconnected on November 18, 2025.

5. I did not receive written notice, arrearage explanation, or opportunity to be heard before either termination.

6. I care for my three-year-old grandchild full-time.

7. We have been without water for 18 days as of December 5.

8. We cannot safely cook, clean, or maintain sanitation.

9. The Town did not contact me with any explanation until after the December 1 Council meeting.

**I declare under penalty of perjury that the foregoing is true.**

Executed December 5, 2025

*/s/ Frances Hood*

Frances Hood