**EXHIBIT INDEX**

**Exhibit 1** – Excerpted Superior Court Filing including the following:

   A. Verified Petition for Temporary Restraining Order and Interlocutory Injunction Dated November 24, 2025
   B. Photographs of Locked Meter (Superior Court Exhibit 1)
   C. Utility Bill Dated 10/01/2025 (Superior Court Exhibit 2)
   D. Utility Bill Dated 11/01/2025 (Superior Court Exhibit 3)
   E. 10/10/2025 Letter from Plaintiff Williams to Town Attorney Tommy Coleman (Superior Court Exhibit 4)
   F. 10/10/2025 Courtesy Email from Plaintiff Williams to Town Attorney Tommy Coleman (Superior Court Exhibit 5)
   G. 10/13/2025 Final Demand Email from Plaintiff Williams to Town Attorney Tommy Coleman (Superior Court Exhibit 6)
   H. 11/20/2025 Email from Plaintiff Williams to Town Attorney Joel P. Wright, Sr. Advising Second Unlawful Shutoff and Attaching Letter Previously Sent to Attorney Coleman on 10/10/2025 (Superior Court Exhibit 7).
   I. 11/20/2025 Email from Attorney Wright to Plaintiff Williams Acknowledging Receipt of Email (Superior Court Exhibit 8)

**Exhibit 2** – 11/20/2025 Email from Plaintiff Hood to Mayor Searcy Disputing Disconnection

**Exhibit 3** – Affidavit of Plaintiff Williams Describing Efforts to Seek Judicial Relief in the Southern Circuit of the Superior Court of Georgia

**Exhibit 4** – 11/25/2025 Order of Recusal from Judge James L. Prine, II of the Southern Judicial Circuit of the Superior Court of Georgia

**Exhibit 5** – 11/25/2025 Email from Plaintiff Williams to Thomas County Superior Court Clerk (and her Reply)

**Exhibit 6** – 11/25/2025 Email from Plaintiff Hood to the Town Clerk Seeking Information on Restoring Utility Services to Her Residence

**Exhibit 7** – 11/28/2025 Second Email from Plaintiff Hood to the Town Clerk Seeking Information on Restoring Utility Services to Her Residence

**Exhibit 8** – Affidavit of Plaintiff Williams Attesting to His Public Comment in the December 1, 2025 Town Council Meeting Wherein He Advised the Mayor, Clerk, and All Members of Council of Ms. Hood's Numerous Unsuccessful Attempts to Ascertain the Requirements to Reconnect Her Utility Services

**Exhibit 9** – December 2, 2025 Email from Attorney Wright to Plaintiff Hood Attempting to Explain Her Bill and the Steps Required for Reconnection

**Exhibit 10** – Peachcourt Docket Showing Court's Inaction on Verified Petition to Enforce Georgia Open Records Act Against the Town of Ochlocknee Filed Pro Se September 24, 2025 by Plaintiff Williams in the Thomas County Superior Court