EXHIBIT 2C

## EXHIBIT 2 – UTILITY BILL PAYMENT RECEIPT

**TOWN OF OCHLOCKNEE**
P.O. BOX 56
OCHLOCKNEE, GA 31773

| SERVICE ADDRESS |
|---|
| 6902 STEWART ROAD |

| DATE BILL MAILED | READING DATE | ACCOUNT NUMBER |
|---|---|---|
| 10/01/25 | 9/15/25 | 40-00310 |

| PREVIOUS READING | PRESENT READING | GALLONS USED |
|---|---|---|
| 862910 | 863280 | 370 |

**SUMMARY OF CHARGES**

```
Previous Balance.....   66.97
Water Charges........   15.00
Sewer Charges........   25.00
GARBAGE Charges......   19.50
```

| CURRENT BILL DUE | AMOUNT DUE | AFTER DUE DATE | BY DUE DATE |
|---|---|---|---|
| 10/28/25 | PAID | 136.47 | ~~126.47~~ |

OCT 17 2025    *Cash*

TOWN OF OCHLOCKNEE