EXHIBIT 1-E

EXHIBIT 1-E

## Exhibit 4 – Notice of Legal and Procedural Concerns – Water-Service Disconnections

**Matthew A. Williams**
1001 East Railroad Street
Ochlocknee, GA 31773
matt@vacavia.com  |  (330) 977-0029

October 9, 2025

**Via Email and Certified Mail**
Mr. Tommy Coleman, Esq.
Town Attorney
Town of Ochlocknee
1044 East Railroad Street
Ochlocknee, Georgia 31773

**Re: Notice of Legal and Procedural Concerns – Water-Service Disconnections**

Dear Mr. Coleman,

I am writing to place the Town on formal notice regarding recent terminations of municipal water service to certain residents. It appears these disconnections were carried out without an authorizing ordinance and without written notice or opportunity to contest the action, contrary to both the Town's Charter and established constitutional and statutory requirements.

---

### 1. Absence of Authorizing Ordinance

A review of the Town's Charter and all codified ordinances (Chapters 1–8, adopted through June 2025) reveals no provision granting authority to disconnect water, sewer, or sanitation service for non-payment or any other cause.

Under O.C.G.A. § 36-30-3 and Article IX, Section II of the Georgia Constitution, a municipality may exercise only those powers conferred by charter or ordinance. Any action taken in the absence of such authorization is *ultra vires*—beyond lawful authority—and exposes the Town and its officers to potential civil liability.

It is possible that the town's passage of the new Chapter 11 of the Ordinances on Monday, October 6th may cure the lack of statutory authority if it specifically authorizes the Town to disconnect services for reason of nonpayment and other reasons permitted by law.

---

### 2. Procedural and Constitutional Requirements

Even when authorized by ordinance, service termination must comply with due-process standards recognized in *Memphis Light, Gas & Water Div. v. Craft*, 436 U.S. 1 (1978):

1. Specific written notice that disconnection is imminent;
2. A reasonable opportunity to dispute or cure any alleged delinquency; and
3. Termination only for lawful cause (e.g., non-payment by the current account holder).

A standing disclaimer printed on monthly bills does not satisfy these requirements.

### 3. Corrective Measures Requested

To avoid further exposure and to protect affected residents, I respectfully request that you advise the governing body to:

1. **Suspend all pending or future disconnections** until a lawful ordinance is enacted;
2. **Restore service immediately** to any resident whose water was terminated absent ordinance authority and proper notice; and
3. **Draft and present a proposed utility-services ordinance** defining lawful grounds for termination, notice procedures, appeal rights, and reconnection fees consistent with state and federal law.

### 4. Preservation of Rights

Please consider this letter a formal notice of potential legal and equitable claims arising from any continued unlawful disconnections. Nothing herein constitutes a waiver of any rights or remedies available under law. My goal remains to ensure that Town operations are lawful, transparent, and protective of residents' basic needs.

I would appreciate written confirmation of receipt and a statement, by October 20, 2025, indicating what steps the Town intends to take to address this matter.

Thank you for your attention and for advising the Mayor and Council accordingly.

Respectfully,

**Matthew A. Williams**
Resident, Town of Ochlocknee

cc: Town Clerk (for distribution to Mayor and Council)