# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **FRANCES HOOD** and : <br> **MATTHEW A. WILLIAMS,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **MAYOR RONELLE SEARCY,** *et al.*, : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO:** <br> **7:25-cv-184–WLS** |

## ORDER

The Court scheduled a hearing to take place on December 22, 2025, at 2:30PM in the above-captioned matter. (Doc. 15). However, no party to this action came to the C.B. King Federal Courthouse in Albany, Georgia on December 22, 2025. The CM/ECF Electronic Filing System docket reflects the entry of Doc. 15 and reads "Motion Hearing set for 12/22/2025 02:30 PM in Albany." All Parties to this matter, including those proceeding pro se have access to the CM/ECF docket. Every party has the responsibility to review the Orders and docket entries.

Accordingly, the Court will reschedule its hearing on Plaintiffs' Rule 65 Motion for Temporary Restraining Order (Doc. 3) shall be held on by separate Order. Parties are **ORDERED** to notify the Court of any changes in circumstances in this case immediately by filing a Notice on the docket and by no later than end of business day today, **Monday, December 22, 2025 at 5:00 PM**.

**SO ORDERED**, this 22nd day of December 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1