# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| FRANCES HOOD, and<br>MATHEW A. Williams, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 7:25-cv-184-WLS |
| v. | ) ) ) | |
| TOWN OF OCHLOCKNEE, et al, | ) ) ) | |
| Respondents. | ) | |

## NOTICE OF STATUS AND COMPLIANCE WITH THE COURT'S DECEMBER 22, 2025 ORDER

Defendant Town of Ochlocknee, Georgia (the "Town"), by and through undersigned counsel, files this Notice in response to the Court's December 22, 2025 Order directing the parties to notify the Court of any changes in circumstances by 5:00 p.m. on December 22, 2025. The Town respectfully states as follows:

1. **Counsel Appearance / Scope of Representation.**

    Undersigned counsel previously entered an appearance on behalf of the Town. The Town is filing contemporaneously (or will promptly file) an Amended Entry of Appearance clarifying that undersigned counsel appears on behalf of the Town and the individual Town officials **in their official capacities** consistent with the pleadings and the Town's defense of this action.

2. **Current Status / Changed Circumstances.**

   Defendants are not aware of any material change in circumstances affecting the issues raised in Plaintiffs' Motion for Temporary Restraining Order. For purposes of the Court's scheduling and consideration of the requested extraordinary relief, the Town confirms the following status:

   a. **Water Service Status:** As of the filing of this Notice, municipal water service at the service address associated with Plaintiff Hood's account remains discontinued due to the account's delinquency and nonpayment of the amounts required to restore service under the Town's ordinances and policies.

   b. **Dispute Process / Opportunity to Be Heard:** The Town's position remains that customers who believe a bill is in error are required to present the dispute in person at Town Hall prior to delinquency. The Town further maintains that Plaintiff Hood has not cured the delinquency and has not utilized the Town's in-person dispute process in a manner that would prevent discontinuance of service under the Town's ordinance.

3. **Nonappearance at the December 22, 2025 Hearing.**

   The Town acknowledges the Court's December 22 Order noting that "No parties appeared" for the evidentiary hearing set at the C.B. King U.S. Courthouse in Albany. The Town respectfully advises the Court that the non-appearance on behalf of the Town resulted from an inadvertent calendaring error regarding the hearing setting/location. Undersigned counsel received multiple electronic notices in close

succession and improperly calendared the hearing. The Town regrets any inconvenience to the Court and files this Notice promptly to comply with the Court's directive.

4. **Related State-Court Proceeding.**

The Town further advises the Court that a hearing is presently scheduled in the Superior Court of Thomas County, Georgia, on **January 8, 2026, at 9:30 a.m.**, in *Case No. SU-CV-2025-000658*, arising from the same general dispute.

5. **Request for Rescheduling / Availability.**

The Town respectfully requests that the Court reset the evidentiary hearing on Plaintiffs' TRO Motion at the Court's earliest practicable date. In the alternative, the Town is available for a brief telephonic status conference to address scheduling and any preliminary issues the Court wishes to resolve in advance of the evidentiary hearing.

Respectfully submitted this 22nd day of December 2025.

**DREW ECKL & FARNHAM, LLP**

_____
Joel P. Wright, Sr.
Georgia Bar No. 122308
*Attorney for Defendant*
*Town of Ochlocknee, Georgia*

1604 W. Third Ave
Albany, GA 31702
(229) 431-3036
(229) 431-2249 (fax)
WrightJ@deflaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have this day served a true and correct copy of the foregoing *NOTICE OF STATUS AND COMPLIANCE WITH THE COURT'S DECEMBER 22, 2025 ORDER* using CM/ECF, which will automatically send notice of such filing to all counsel and pro se parties who are registered CM/ECF users. To the extent any pro se party does not receive electronic notice, I caused a copy to be served by to the address of record by placing a copy in the U.S. Mail First Class, addressed as follows:

>Frances Hood
>6902 Stewart Road
>Ochlocknee, GA 31773
>southerngrace5402@gmail.com
>    *Pro Se*

This 22nd day of December 2025.

>**DREW ECKL & FARNHAM, LLP**
>
>_____
>Joel P. Wright, Sr.
>Georgia Bar No. 122308
>*Attorney for Defendant*
>*Town of Ochlocknee, Georgia*

1604 W. Third Ave
Albany, GA 31702
(229) 431-3036
(229) 431-2249 (fax)
WrightJ@deflaw.com