# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| FRANCES HOOD and : <br> MATTHEW A. WILLIAMS, : <br> : <br> Plaintiffs, : <br> :       CASE NO: <br> v. :       7:25-cv-184–WLS <br> : <br> MAYOR RONELLE SEARCY, *et al.*, : <br> : <br> Defendants. : <br> _____ : | |

## ORDER

Before the Court is Plaintiffs' Rule 65 Motion for Temporary Restraining Order (Doc. 3) ("TRO Motion") filed December 5, 2025. Therein, Plaintiffs allege that Frances Hood's water service was wrongfully terminated without notice or opportunity to be heard. Plaintiffs further allege that they attempted to obtain emergency relief in state court but state remedies have been unavailable due to "lack of duty-judge access, judicial recusal, absence of reassignment, and institutional inertia." (Doc. 3 ¶ 3). The Court previously ordered an evidentiary hearing on the TRO Motion for December 22, 2025. (Doc. 15). However, no party to this action came to the C.B. King Federal Courthouse in Albany, Georgia on that date. (Doc. 16).

Accordingly, the Court will hold a telephone conference on Plaintiffs' Rule 65 Motion for Temporary Restraining Order (Doc. 3) on **Tuesday, December 23, 2025, at 3:30 p.m.** The Courtroom Deputy will contact the Parties with instructions for attending.

**SO ORDERED**, this 23rd day of December 2025.

                                                   /s/ W. Louis Sands
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**