**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

FRANCES HOOD and                              :
MATTHEW A. WILLIAMS,                          :
                                              :
        Plaintiffs,                           :
                                              :          CASE NO:
    v.                                        :      7:25-cv-184–WLS
                                              :
MAYOR RONELLE SEARCY, *et al.*,               :
                                              :
        Defendants.                           :
_____          :

## ORDER

Presently before the Court is Notice of Voluntary Dismissal as to Plaintiff Matthew A. Williams (Doc. 36) ("Notice") filed March 28, 2026. Therein, Plaintiff Matthew A. Williams ("Williams") dismisses all claims asserted by him in this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] As Williams notes, none of the Defendants have served an answer or a motion for summary judgment in this matter.

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** Plaintiff Williams's Notice. All claims asserted by Williams in this action are **DISMISSED, WITHOUT PREJUDICE**, as to all Defendants. All claims of Plaintiff Frances Hood remain pending. The Clerk is **DIRECTED** to remove Matthew A. Williams from the Caption of this case.

        **SO ORDERED**, this 30th day of March 2026.

                                **/s/ W. Louis Sands**
                                **W. LOUIS SANDS, SR. JUDGE**
                                **UNITED STATES DISTRICT COURT**

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "[T]he Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"